IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
ALABAMA

| | |
|---|---|
| FAMILY MEDICINE PHARMACY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:15-cv-OO194-KD-B |
| ) | |
| SHERALVEN ENTERPRISES, LTD., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Comes now the Plaintiff, by and through its counsel, and, in accord with Rule 4l(a)(l) of the Federal Rules of Civil Procedure, dismisses this matter with prejudice. As reason therefore, the Plaintiff shows as follows:

1. This matter was filed as a putative class action, but no class has been certified.

2. Defendant has not answered, filed a motion to dismiss, or motion for summary judgment.

3. Costs are to be taxed as paid.

/s/James H. MFerrin James H. McFerrin

OF COUNSEL
**McFERRIN LAW FIRM, LLC**
265 Riverchase Parkway East
Suite 202
Birmingham, Al 35244
T: (205) 870-5704
F: (205) 985-5093
jhmcferrin@bellsouth.net

/s/Diandra S. Debrosse-Zimmermann

OF COUNSEL
**ZARZAUR MUJUMDAR &DEBROSSE**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205-983-7985
F: 888-505-0523
fuli@zarzaur.com